ACCEPTED
15-25-00116-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/18/2025 3:49 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00116-CV**

# In the Court of Appeals for the Fifteenth Judicial District — Austin, Texas

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/18/2025 3:49:30 PM
CHRISTOPHER A. PRINE
Clerk

**KEN PAXTON, IN HIS OFFICIAL CAPACITY AS THE ATTORNEY GENERAL FOR THE STATE OF TEXAS AND THE OFFICE OF THE ATTORNEY GENERAL FOR THE STATE OF TEXAS,**

*APPELLANT,*

**V.**

**DELIA GARZA, IN HER OFFICIAL CAPACITY AS THE TRAVIS COUNTY ATTORNEY, ET AL.; JOHN CREUZOT, IN HIS OFFICIAL CAPACITY AS DALLAS COUNTY CRIMINAL DISTRICT ATTORNEY, ET AL.; AND BRIAN MIDDLETON, IN HIS OFFICIAL CAPACITY AS THE DISTRICT ATTORNEY OF FORT BEND COUNTY (268TH DISTRICT COURT), ET AL.,**

*APPELLEES.*

**LETTER BRIEF OF AMICUS CURIAE THE TEXAS CRIMINAL DEFENSE LAWYERS ASSOCIATION**

**AARON M. DIAZ**
**Co-Chair, TCDLA Amicus Committee**
**St. Mary's University School of Law**
2507 NW 36th Street
San Antonio, Texas 78228
P: (210) 436-3840 F: (210) 431-5700
adiaz39@stmarytx.edu
SBN 24108453

**KYLE THERRIAN**
**Co-Chair, TCDLA Amicus Committee**
**Rosenthal, Kalabus & Therrian**
7200 State Highway 121, Ste 400
McKinney, Texas 75070
P: (972) 369-0577 F: (972) 369-0572
kyle@texasdefensefirm.com
SBN 24075150

**ANNE BURNHAM**
**Vice-Chair, TCDLA Amicus Committee**
**Harris County Public Defender's Office**
1310 Prairie Street, 4th Floor
Houston, Texas 77002
P: (713) 274-6907 F: (713) 368-9278
anne.burnham@pdo.hctx.net
SBN 00798088

**Nicole DeBorde Hochglaube**
**President, TCDLA**
**Hochglaube & DeBorde P.C.**
3515 Fannin Street
Houston, Texas 77004
P: (713) 526-6300 F: (713) 808-9444
nicole@houstoncriminaldefense.com
SBN 00787344

## INTEREST OF AMICUS CURIAE

The Texas Criminal Defense Lawyers Association (TCDLA) is a nonprofit voluntary membership organization. It is dedicated to the protection of those individual rights guaranteed by the State and federal constitutions and the constant improvement of the administration of criminal justice in the State of Texas. Founded in 1971, TCDLA currently has a membership of over 3,700 and offers a statewide forum for criminal defense lawyers. It provides a voice in the state legislative process in support of procedural fairness in criminal defense and forfeiture cases. TCDLA also assists the courts by acting as *amicus curiae* in appropriate cases. Neither TCDLA nor any attorney representing TCDLA has received any fee or other compensation for preparing this brief.

This brief complies with all applicable provisions of the Texas Rules of Appellate Procedure. Copies have been served on all parties to the cause.

**TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS—AUSTIN, TEXAS:**

The Texas Criminal Defense Lawyers Association, *Amicus Curiae*, respectfully submit this letter brief in support of Appellees and joining Amicus Curiae Urban Criminal Defense Attorneys against Unconstitutional Recentralization of Texas Government (UCDA).

On July 7, 2025, Amicus UCDA filed its brief in support of Appellees. TCDLA avers that Amicus UCDA has adequately and thoroughly briefed the historical origin of Texas Government Code § 41.006. As such, TCDLA adopts by reference the arguments presented by Amicus UCDA.

TCDLA is aware that this Court granted an emergency stay and set this case for submission and oral argument for September 24, 2025. For the reasons asserted by Amicus UCDA, TCDLA urges this Court to deny the relief sought by Appellant's interlocutory appeal.

Respectfully submitted.

**AARON M. DIAZ**
Co-Chair, TCDLA Amicus Committee
St. Mary's University School of Law
2507 NW 36th Street
San Antonio, Texas 78228
P: (210) 436-3840 F: (210) 431-5700
adiaz39@stmarytx.edu
SBN 24108453

**KYLE THERRIAN**
Co-Chair, TCDLA Amicus Committee
Rosenthal, Kalabus & Therrian
7200 State Highway 121, Ste 400
McKinney, Texas 75070
P: (972) 369-0577 F: (972) 369-0572
kyle@texasdefensefirm.com
SBN 24075150

**ANNE BURNHAM**
**Vice-Chair, TCDLA Amicus Committee**
**Harris County Public Defender's Office**
1310 Prairie Street, 4th Floor
Houston, Texas 77002
P: (713) 274-6907 F: (713) 368-9278
anne.burnham@pdo.hctx.net
SBN 00798088

**Nicole DeBorde Hochglaube**
**President, TCDLA**
**Hochglaube & DeBorde P.C.**
3515 Fannin Street
Houston, Texas 77004
P: (713) 526-6300 F: (713) 808-9444
nicole@houstoncriminaldefense.com
SBN 00787344

## CERTIFICATE OF COMPLIANCE

I certify the foregoing Letter Brief complies with Texas Rule of Appellate Procedure 9.4(i)(2)(B), and contains <u>288</u> words according to the word count of the computer program used to prepare this document.

By: */s/Aaron M. Diaz*
AARON M. DIAZ

## CERTIFICATE OF SERVICE

I certify that on July 18, 2025, a true and correct copy of the foregoing Letter Brief was served on all counsel of record through electronic service on the same date, to the following email addresses:

**Jacob C. Beach**
ASSISTANT ATTORNEY GENERAL OF TEXAS
Email: jacob.beach@oag.texas.gov

&

**William H. Farrell**
OFFICE OF THE ATTORNEY GENERAL
Email: bill.farrell@oag.texas.gov

Attorneys of Record for Appellant Ken Paxton

_____

**Leslie W. Dippel**
TRAVIS COUNTY ATTORNEY
Email: leslie.dippel@traviscountytx.gov

Attorney of Record for Appellees Travis County Attorney Delia Garza; Travis County District Attorney José Garza; and Travis County, Texas

_____

**Bernardo Cruz El Paso**
COUNTY ATTORNEY
Email: b.cruz@epcountytx.gov

Attorney of Record for Appellees El Paso County District Attorney James Montoya; El Paso County Attorney Christina Sanchez; and El Paso County, Texas

_____

**Alexandria Oberman**
MILLER & CHEVALIER CHARTERED
Email: aoberman@milchev.com

Attorney of Record for Appellees Dallas Co. Criminal District Attorney John Creuzot, and Dallas County, Texas; & Appellees Bexar Co. Criminal District Attorney Joe Gonzales; and Bexar County, Texas

————

**Bradley W. Snead**
WRIGHT CLOSE & BARGER, L.L.P.
Email: snead@wrightclosebarger.com

Attorney of Record for Appellees Harris Co. District Attorney Sean Teare; and Harris County, Texas

————

**Justin C. Pfeiffer**
GAVRILOV & BROOKS, PC
Email: jpfeiffer@gavrilovlaw.com

Attorney of Record for Appellee Fort Bend Co. District Attorney Brian Middleton

————

**Randy T. Leavitt**
LAW OFFICE OF RANDY T. LEAVITT
Email: randy@randyleavitt.com

Attorney of Record for Appellee Williamson Co. District Attorney Shawn Dick

By: */s/Aaron M. Diaz*
AARON M. DIAZ

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Aaron Diaz
Bar No. 24108453
adiaz39@stmarytx.edu
Envelope ID: 103331751
Filing Code Description: Other Brief
Filing Description: Amicus Curiae Brief
Status as of 7/18/2025 4:21 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Christopher Garza | 24078543 | christopher.garza@harriscountytx.gov | 7/18/2025 3:49:30 PM | SENT |
| Cynthia Veidt | 24028092 | cynthia.veidt@traviscountytx.gov | 7/18/2025 3:49:30 PM | SENT |
| Christina Sanchez | 24062984 | christina.sanchez@epcounty.com | 7/18/2025 3:49:30 PM | SENT |
| Jonathan Fombonne | 24102702 | jonathan.fombonne@harriscountytx.gov | 7/18/2025 3:49:30 PM | SENT |
| William FCole | | William.Cole@oag.texas.gov | 7/18/2025 3:49:30 PM | SENT |
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 7/18/2025 3:49:30 PM | SENT |
| Tiffany Bingham | 24012287 | tiffany.bingham@harriscountytx.gov | 7/18/2025 3:49:30 PM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 7/18/2025 3:49:30 PM | SENT |
| William Farrell | | biff.farrell@oag.texas.gov | 7/18/2025 3:49:30 PM | SENT |
| Joshua Woods | | woods@wrightclosebarger.com | 7/18/2025 3:49:30 PM | SENT |
| Bradley W.Snead | | snead@wrightclosebarger.com | 7/18/2025 3:49:30 PM | SENT |
| Michael Adams-Hurta | | hurta@wrightclosebarger.com | 7/18/2025 3:49:30 PM | SENT |
| Jacob Beach | | Jacob.Beach@oag.texas.gov | 7/18/2025 3:49:30 PM | SENT |
| Ben Mendelson | | Ben.Mendelson@oag.texas.gov | 7/18/2025 3:49:30 PM | SENT |
| Cynthia  W.Veidt | | cynthia.veidt@traviscountytx.gov | 7/18/2025 3:49:30 PM | SENT |
| Alexandria Oberman | | aoberman@milchev.com | 7/18/2025 3:49:30 PM | SENT |
| Katharine Tafuri | | ktafuri@milchev.com | 7/18/2025 3:49:30 PM | SENT |
| William  H. Farrell | | bill.farrell@oag.texas.gov | 7/18/2025 3:49:30 PM | SENT |
| Leslie  W. Dippel | | Leslie.Dippel@traviscountytx.gov | 7/18/2025 3:49:30 PM | SENT |
| Todd A. Clark | | Todd.Clark@traviscountytx.gov | 7/18/2025 3:49:30 PM | SENT |
| Cynthia  W. Veidt | | Cyntia.Vedt@traviscountytx.gov | 7/18/2025 3:49:30 PM | SENT |
| Jonathan  G.C. Fombonne | | Jonathan.Fombonne@harriscountytx.gov | 7/18/2025 3:49:30 PM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Aaron Diaz
Bar No. 24108453
adiaz39@stmarytx.edu
Envelope ID: 103331751
Filing Code Description: Other Brief
Filing Description: Amicus Curiae Brief
Status as of 7/18/2025 4:21 PM CST

Case Contacts

| Jonathan G.C. Fombonne | | Jonathan.Fombonne@harriscountytx.gov | 7/18/2025 3:49:30 PM | SENT |
|---|---|---|---|---|
| Tiffany S. Bingham | | Tiffany.Bingham@harriscountytx.gov | 7/18/2025 3:49:30 PM | SENT |
| Christopher Garza | | Christopher.Garza@harriscountytx.gov | 7/18/2025 3:49:30 PM | SENT |
| Justin C. Pfeiffer | | jpfeiffer@gavrilovlaw.com | 7/18/2025 3:49:30 PM | SENT |
| Christina Sanchez | | Ch.sanchez@epcountytx.gov | 7/18/2025 3:49:30 PM | SENT |
| Bernardo Rafael Cruz | | b.cruz@epcountytx.gov | 7/18/2025 3:49:30 PM | SENT |
| C. RobertHeath | | bheath@bickerstaff.com | 7/18/2025 3:49:30 PM | SENT |
| Randy T. Leavitt | | randy@randyleavitt.com | 7/18/2025 3:49:30 PM | SENT |
| Alexandria Oberman | | aoberman@milchev.com | 7/18/2025 3:49:30 PM | SENT |
| Michael J. Statin | | mstatin@milchev.com | 7/18/2025 3:49:30 PM | SENT |
| Laura G. Ferguson | | lferguson@milchev.com | 7/18/2025 3:49:30 PM | SENT |
| William H. Farrell H.Farrell | | bill.farrell@oag.texas.gov | 7/18/2025 3:49:30 PM | SENT |
| Michael J.Satin | | msatin@milchev.com | 7/18/2025 3:49:30 PM | SENT |
| Laura G.Ferguson | | lferguson@milchev.com | 7/18/2025 3:49:30 PM | SENT |
| Leslie W.Dippel | | leslie.dippel@traviscountytx.gov | 7/18/2025 3:49:30 PM | SENT |
| Leslie W.Dippel | | leslie.dippel@traviscountytx.gov | 7/18/2025 3:49:30 PM | SENT |
| Bradely W.Snead | | snead@wrightclosebarger.com | 7/18/2025 3:49:30 PM | SENT |
| Bernardo Cruz | | b.cruz@epcountytx.gov | 7/18/2025 3:49:30 PM | SENT |
| Bernardo Cruz | | b.cruz@epcountytx.gov | 7/18/2025 3:49:30 PM | SENT |
| Bernardo Cruz | | b.cruz@epcountytx.gov | 7/18/2025 3:49:30 PM | SENT |
| Alexandria Oberman Oberman | | aoberman@milchev.com | 7/18/2025 3:49:30 PM | SENT |
| Alexandria Oberman | | aoberman@milchev.com | 7/18/2025 3:49:30 PM | SENT |
| Alexandria Oberman | | aoberman@milchev.com | 7/18/2025 3:49:30 PM | SENT |

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Aaron Diaz
Bar No. 24108453
adiaz39@stmarytx.edu
Envelope ID: 103331751
Filing Code Description: Other Brief
Filing Description: Amicus Curiae Brief
Status as of 7/18/2025 4:21 PM CST

Case Contacts

| | | | | |
|---|---|---|---|---|
| Alexandria Oberman | | aoberman@milchev.com | 7/18/2025 3:49:30 PM | SENT |
| Melissa Contreras | | m.contreras@epountytx.gov | 7/18/2025 3:49:30 PM | SENT |
| Isela Baeza | | i.baeza@epcountytx.gov | 7/18/2025 3:49:30 PM | SENT |
| Isela Jones | | carl.jones@epcountytx.gov | 7/18/2025 3:49:30 PM | SENT |
| Pamela Lopez | | Pam.Lopez@epcountytx.gov | 7/18/2025 3:49:30 PM | SENT |
| Amy Pollock | | amy.pollock@traviscountytx.gov | 7/18/2025 3:49:30 PM | SENT |
| Michael J. Satin | | msatin@milchev.com | 7/18/2025 3:49:30 PM | SENT |